# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

```
----------------------------------------------------  x
                                                       :
SARAH CHANG,                                           :
                                                       :          Index No. _____
                  Plaintiff,                           :
                                                       :
    - against -                                        :          **SUMMONS WITH NOTICE**
                                                       :
MICHAEL CHANG,                                         :          **Plaintiff designates New York**
                                                       :          **County as the place for trial**
                                                       :
                  Defendant.                           :          **The basis for venue is pursuant to**
                                                       :          **CPLR § 503**
----------------------------------------------------  x
```

To The Above-Named Defendant:

**PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED** and required

to submit to Plaintiff's attorney your answering papers on this motion within the time provided

in the notice of motion annexed hereto.

**YOU ARE HEREBY NOTIFIED THAT** should you fail to answer, a judgment will

be entered against you by default for the relief demanded in the notice of motion.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been

Dated: June 9, 2025
New York, New York

BAKER BOTTS L.L.P.

_____

Andrew M. Lankler
Sarah Reeves
30 Rockefeller Plaza
New York, NY 10112
Phone: (212) 408-2516
Fax: (212) 259-2516
Andrew.Lankler@BakerBotts.com
Sarah.Reeves@BakerBotts.com

*Counsel for Plaintiff Sarah Chang*

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------- x
                                    :

SARAH CHANG,                                           :

                      Plaintiff,         :          Index No. _____

                                    :

         - against -                              :

MICHAEL CHANG,                                    :

                                    :

                      Defendant.        :

-------------------------------------------------------- x

## PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT
## IN LIEU OF COMPLAINT

      **PLEASE TAKE NOTICE** that upon the summons dated June 9, 2025, the annexed

affirmation of Sarah Chang, sworn to June 5, 2025, and the exhibits attached thereto, and the

accompanying memorandum of law, the undersigned, as attorneys for Plaintiff Sarah Chang,

will move the Court located at 60 Centre Street, Submission Part, Room 130, New York, NY

10007 on the 9th day of July 2025 at 9:00 am, or as soon thereafter as counsel may be heard,

for an order granting Plaintiff's motion for summary judgment in lieu of a complaint pursuant

to CPLR § 3213.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to CPLR § 2214(b), answering

papers, if any, shall be served upon the undersigned on or before July 2, 2025, and reply papers

shall be served on or before July 8, 2025.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

Dated: June 9, 2025
New York, New York

BAKER BOTTS L.L.P.

_____

Andrew M. Lankler
Sarah Reeves
30 Rockefeller Plaza
New York, NY 10112
Phone: (212) 408-2516
Fax: (212) 259-2516
Andrew.Lankler@BakerBotts.com
Sarah.Reeves@BakerBotts.com

*Counsel for Plaintiff Sarah Chang*

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------- x
                              :

SARAH CHANG,                     :

               Plaintiff,     :       Index No. _____

                              :

       - against -         :

                              :

MICHAEL CHANG,            :

                              :

             Defendant.    :

                              :

------------------------------------------------------------- x

 

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN LIEU OF A COMPLAINT

**BAKER BOTTS L.L.P.**

Andrew Lankler
Sarah Reeves
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-2500
andrew.lankler@bakerbotts.com
sarah.reeves@bakerbotts.com

*Attorneys for Plaintiff Sarah Chang*

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)          INDEX NO. UNASSIGNED

# TABLE OF CONTENTS

Page

PRELIMINARY STATEMENT ........................................................................................ 1

PARTIES, JURISDICTION AND VENUE ....................................................................... 1

STATEMENT OF FACTS ................................................................................................ 2

ARGUMENT ................................................................................................................... 3

CONCLUSION ................................................................................................................ 4

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

# <u>TABLE OF AUTHORITIES</u>

**Page(s)**

C<small>ASES</small>

*Generale Bank, N.Y. Branch v. Nagaraj*,
    193 A.D.2d 376 (1st Dept. 1993)..................................................................................3

*HCG Mezzanine Dev. Fund, L.P. v. Jreck Holdings, LLC*,
    No. 652797/2011, 2012 WL 5438910 (Sup. Ct. N.Y. Cty. Oct. 26, 2012) ..............3

*Maglich v. Saxe, Bacon & Bolan, P.C.*,
    97 A.D.2d 19 (1st Dept. 1983)......................................................................................3

*SCP (Bermuda) Inc. v. Bermudatel Ltd.*,
    224 A.D.2d 214 (1st Dept. 1996)..................................................................................3

*Seaman-Andwall Corp. v. Wright Mach. Corp.*,
    31 A.D.2d 136 (1st Dept. 1968)....................................................................................3

## O<small>THER</small> A<small>UTHORITIES</small>

CPLR § 3213.......................................................................................................................1, 3

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been

NYSCEF DOC. NO. 3

RECEIVED NYSCEF: 06/09/2025

Plaintiff Sarah Chang ("Plaintiff" or "Ms. Chang") submits this brief in support of her motion to for summary judgment in lieu of a complaint.

## PRELIMINARY STATEMENT

Through this motion, Ms. Chang seeks to enforce the terms of and collect funds due to her under a promissory note, executed by Defendant Michael Chang (the "Defendant") on May 27, 2022 (the "Note"), attached hereto as Exhibit A to the Affirmation of Sarah Chang ("Chang Aff."). Under the terms of the Note, Defendant agreed to pay Ms. Chang $1,464,584.04, together with interest of 2.63%, for educational expenses she advanced for him. Defendant made the first monthly payment of $6,666.67 in January 2023 as required under the Note and continued to make payments without incident through November 2024. However, Defendant has failed to make payments since November 2024. As such, Ms. Chang brings this action to recover the six monthly payments due and payable under the terms of the Note, currently totaling approximately $40,000.02, and continuing to accrue each month Defendant refuses to pay.

Ms. Chang brings this motion for summary judgment pursuant to CPLR § 3213, which allows a plaintiff to recover under the terms of an instrument "for the payment of money only," by bringing a motion for summary judgment in lieu of a complaint. As demonstrated herein, Defendant has defaulted on the Note, which contains an unequivocal promise to pay, and Ms. Chang is entitled to summary judgment as a matter of law.

## PARTIES, JURISDICTION AND VENUE

Plaintiff Sarah Chang is an individual who resides in Villanova, Pennsylvania. Defendant Michael Chang is an individual who resides in New York, New York. Jurisdiction and venue in this Court are proper pursuant to CPLR § 301 and § 503(a), as it is the county of Defendant's residence.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been

## STATEMENT OF FACTS

Defendant and Ms. Chang are brother and sister.  Chang Aff. ¶ 2.  Over the years, Ms. Chang has supported Defendant and other members of their family with earnings she made during childhood and young adulthood.  Specifically, Ms. Chang covered the costs of certain education expenses incurred by Defendant, including, among other things, tuition for middle school, high school and five years at university.  *Id.* at ¶ 3.  At the time the expenses were paid, both Ms. Chang and Defendant understood the money to be a loan, which Defendant would need to pay back in the future.  *Id.* at ¶ 4.

On May 27, 2022, Defendant executed the Note agreeing to pay Ms. Chang back for his educational expenses over the course of the next 25 years.  *See* Chang Aff., Ex. A.  The Note obligated Defendant to pay the principal amount of $1,464,584.04 (USD), together with interest of 2.63%, in 300 consecutive monthly installments of $6,666.67 (USD) each, beginning in January 2023 and ending December 2047, or through an aggregate payment of $2,000,000 (USD), which includes both principal and the agreed interest.  *Id.*  Defendant accepted the terms of the Note and made the first payment as required in January 2023.   Chang. Aff. ¶ 7.  He continued making regular payments to Ms. Chang from January 2023 until November 2024, totaling 23 payments or approximately $153,333.41.  *Id.* at ¶¶ 7-8.  Defendant has not made any payments since November 2024.  *Id.* at ¶ 9.

Under the terms of the Note, Defendant is presently overdue at least six payments to Ms. Chang, totaling approximately $40,000.02.[1]

---

[1] As of the filing of this motion, Defendant is overdue six payments of $6,666.67 each for the months of December 2024 and January-May 2025, totaling $40,000.02.  However, with each passing month that Defendant fails to pay under the Note during this litigation, Ms. Chang continues to incur damages of $6,666.67 per month.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

CRITICAL: THIS DOCUMENT HAS NOT YET BEEN ACCEPTED BY THE COUNTY CLERK. (See below.)

NYSCEF DOC. NO. 3    Case 1:25-cv-04917-PAE    Document 1-1    Filed 06/11/25    Page 11 of 41    RECEIVED NYSCEF: 06/09/2025

## **ARGUMENT**

Pursuant to CPLR § 3213, "when an action is based upon an instrument for the payment of money only," then "the plaintiff may serve with the summons a notice of motion for summary judgment and supporting papers in lieu of a complaint." To establish a prima facie case that qualifies for this expedited procedure, plaintiff must establish that defendant executed an instrument for the payment of money only, and then failed to make the payments called for by its terms. *Maglich v. Saxe, Bacon & Bolan, P.C.*, 97 A.D.2d 19, 21 (1st Dept. 1983); *see Generale Bank, N.Y. Branch v. Nagaraj*, 193 A.D.2d 376, 376 (1st Dept. 1993) (holding that "Plaintiff established a prima facie case by setting forth proof of the note and defendant's failure to make payment thereon."). Although an "instrument for the payment of money only," can take many forms, so long as it creates an "unambiguous and unconditional obligation to pay a specified sum," it qualifies for the accelerated procedure under CPLR § 3213. *HCG Mezzanine Dev. Fund, L.P. v. Jreck Holdings, LLC*, No. 652797/2011, 2012 WL 5438910, at *3 (Sup. Ct. N.Y. Cty. Oct. 26, 2012).

Once plaintiff has met its burden, unless defendant can establish, with admissible evidence, that a triable issue of fact exists, then summary judgment is appropriate. *See SCP (Bermuda) Inc. v. Bermudatel Ltd.*, 224 A.D.2d 214, 216 (1st Dept. 1996); *Seaman-Andwall Corp. v. Wright Mach. Corp.*, 31 A.D.2d 136, 137 (1st Dept. 1968).

There is no question that Ms. Chang is entitled to recover here. Defendant executed a simple promissory note that contained an unequivocal and unconditional obligation to repay Ms. Chang in monthly installments. See Chang Aff., Ex. A. Defendant accepted the terms of the Note and performed thereunder for nearly 2 years, paying Ms. Chang regularly on the following dates:

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

| Date | Amount |
|---|---|
| 1/30/23 | $6,666.67 |
| 2/28/23 | $6,666.67 |
| 3/30/23 | $6,666.67 |
| 4/28/23 | $6,666.67 |
| 5/30/23 | $6,666.67 |
| 6/29/23 | $6,666.67 |
| 8/1/23 | $6,666.67 |
| 8/30/23 | $6,666.67 |
| 9/28/23 | $6,666.67 |
| 10/30/23 | $6,666.67 |
| 11/30/23 | $6,666.67 |
| 12/29/23 | $6,666.67 |
| 1/31/24 | $6,666.67 |
| 2/29/24 | $6,666.67 |
| 3/28/24 | $6,666.67 |
| 4/30/24 | $6,666.67 |
| 5/31/24 | $6,666.67 |
| 6/28/24 | $6,666.67 |
| 7/31/24 | $6,666.67 |
| 8/30/24 | $6,666.67 |
| 9/30/24 | $6,666.67 |
| 10/31/24 | $6,666.67 |
| 11/29/24 | $6,666.67 |

See Chang Aff., Ex. B. Defendant has not paid Ms. Chang since November 2024, see Chang Aff.

¶ 9, leaving six payments overdue and fully payable to Ms. Chang. Ms. Chang has established a

prima facie claim for breach of the Note, and is entitled to judgment as a matter of law.

## <u>CONCLUSION</u>

For the foregoing reasons, Ms. Chang is entitled to summary judgment over and against

the Defendant for $40,000.02, and accruing each month that Defendant continues to decline

payment, together with all costs and legal fees to be set by the Court, and any and all other further

relief in favor of Plaintiff this Court deems just and proper.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been

NYSCEF DOC. NO. 3    RECEIVED NYSCEF: 06/09/2025

Dated:  June 9, 2025                          Respectfully submitted,
New York, New York
                                              BAKER BOTTS L.L.P.

                                              _____

                                              Andrew Lankler
                                              Sarah Reeves
                                              30 Rockefeller Plaza
                                              New York, NY 10112
                                              Tel: (212) 408-2500
                                              andrew.lankler@bakerbotts.com
                                              sarah.reeves@bakerbotts.com

                                              *Counsel for Plaintiff Sarah Chang*

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT BEEN REVIEWED BY THE COUNTY CLERK. (See below.)   INDEX NO. UNASSIGNED
NYSCEF DOC. NO. 4                                                                    RECEIVED NYSCEF: 06/09/2025

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------- x
                                                         :
SARAH CHANG,                                             :
                                                         :        Index No. _____/2025
                            Plaintiff,                   :
                                                         :
        - against -                                      :
                                                         :
MICHAEL CHANG,                                           :
                                                         :
                            Defendant.                   :
                                                         :
-------------------------------------------------------- x

### AFFIRMATION OF SARAH CHANG IN SUPPORT OF
### MOTION FOR SUMMARY JUDGMENT IN LIEU OF COMPLAINT

I, SARAH CHANG, pursuant to CPLR § 2106 and under the penalties of perjury, affirm

as follows:

1.      I am the plaintiff in the above-captioned matter and submit this Affirmation in

Support of the Motion for Summary Judgment in Lieu of a Complaint. I am fully familiar with the

facts herein and if called as a witness in this action, I could and would testify competently to these

facts.

2.      Defendant Michael Chang ("Defendant") is a resident of New York, New York. He

and I are brother and sister.

3.      Over the years, I have provided financial support to Defendant with earnings made

during childhood and young adulthood. Specifically, I covered the cost of education expenses

incurred by Defendant, which included tuition for middle school, high school and five years at

university.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)

Case 1:25-cv-04917-PAE    Document 1-1    Filed 06/11/25    Page 15 of 41

INDEX NO. UNASSIGNED

NYSCEF DOC. NO. 4

RECEIVED NYSCEF: 06/09/2025

4.    At the time I paid for these educational expenses, Defendant understood the money to be a loan which he would need to pay back in the future.

5.    On May 27, 2022, Defendant executed a promissory note (the "Note"), a true and correct copy of which is attached hereto as **Exhibit A,** agreeing to repay me for the education and other expenses advanced to him.

6.    Pursuant to the Note, Defendant agreed to pay the principal amount of $1,464,584.04 (USD), together with interest of 2.63%, in 300 consecutive monthly installments of $6,666.67 (USD) each, beginning in January 2023 and ending December 2047, or through an aggregate payment of $2,000,000 (USD), which includes both principal and the agreed interest.

7.    Defendant made the first payment of $6,666.67 on January 30, 2023. He made 22 additional payments from February 2023 to November 2024.

8.    Attached hereto as **Exhibit B** are true and correct copies of my bank statements showing Defendant's monthly payments of $6,666.67 to me from January 2023 through November 2024.

9.    Defendant's last payment under the Note was in November 2024. He has failed to make any additional payments pursuant to the Note since then.

I affirm this 5th day of June, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Sarah Chang

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

# EXHIBIT A

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT BEEN REVIEWED BY THE COUNTY CLERK. (See below.) INDEX NO. UNASSIGNED
NYSCEF DOC. NO. 5

Case 1:25-cv-04917-RAE   Document 1-1   Filed 06/11/25   Page 17 of 41

RECEIVED NYSCEF: 06/09/2025

**Repayment Promise**

I, Michael Young Jin Chang, hereby promise to pay to my sister, Sarah Young Joo Chang, the principal amount of one million, four hundred sixty four thousand, five hundred eighty four dollars and four cents ($1,464,584.04) (USD), together with interest at two and sixty three hundredths percent (2.63%), in reimbursement for educational costs that she advanced for me. I shall repay the amount referenced above over a period of twenty-five years (or sooner) in 300 consecutive monthly installments of $6,666.67 (USD) each, commencing January 2023 and ending December 2047, or an aggregate payment of $2,000,000 (USD) including both principal and the agreed interest.

Michael Young Jin Chang

Dated May 27, 2022

N:\Documents\6245\002\Promise-HH.rtf

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

Case 1:25-cv-04917-PAE   Document 1-1   Filed 06/11/25   Page 18 of 41

# EXHIBIT B

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by the County Clerk.

NYSCEF DOC. NO. 1

INDEX NO. UNASSIGNED

RECEIVED NYSCEF: 06/09/2025

# Performance Select Statement

| | |
|---|---|
| For 24-hour information, sign on to PNC Bank Online Banking on pnc.com. | **For the period 01/25/2023 to 02/21/2023**<br>SARAH Y CHANG |
| Account number: ██████5472 - continued | Primary account number: ██████5472<br>Page 2 of 2 |

## Activity Detail

### Deposits and Other Additions

There were 3 Deposits and Other Additions totaling ████.

| Date | Amount | Description |
|---|---|---|
| 01/30 | 6,666.67 | Book Trn Credit 231Ue5718Cgj4V65 |

### Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|

\* Gap in check sequence

There were 7 checks listed totaling ████

### Online and Electronic Banking Deductions

There were 5 Online or Electronic Banking Deductions totaling ████.

| Date | Amount | Description |
|---|---|---|

### Other Deductions

There were 2 Other Deductions totaling ████.

| Date | Amount | Description |
|---|---|---|

### Daily Balance Detail

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.) INDEX NO. UNASSIGNED
NYSCEF DOC. NO. 1    RECEIVED NYSCEF: 06/09/2025

# Virtual Wallet With Performance Select Statement

| | |
|---|---|
| For 24-hour information, sign on to PNC Bank Online Banking on pnc.com. | For the period 02/15/2023 to 03/16/2023 |
| | SARAH Y CHANG |
| Account number: ███████8769 - continued | Primary account number: ███████8769 |
| | Page 2 of 3 |

## Balance Summary

███████████████████████████████████████████

## Transaction Summary

███████████████████████████████████████████

## Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| ███████ | ███████ | ███████ | ███████ |

As of 03/16, a total of ███████ in interest was paid this year.

## Activity Detail

### Deposits and Other Additions

There were 8 Deposits and Other Additions totaling ███████.

| Date | Amount | Description |
|---|---|---|
| ████████ | ████████ | ████████ |
| 02/28 | 6,666.67 | Deposit Reference No. 020314158 Effective 02-27-23 |
| ████████ | ████████ | ████████ |

### Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number |
|---|---|---|---|
| ████████ | ████████ | ████████ | ████████ |

There is 1 check listed totaling ███████

### Online and Electronic Banking Deductions

There were 5 Online or Electronic Banking Deductions totaling ███████

| Date | Amount | Description |
|---|---|---|
| ████████ | ████████ | ████████ |

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

# Virtual Wallet With Performance Select Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

Account number: ████ 8769 - continued

**For the period 03/17/2023 to 04/17/2023**
SARAH Y CHANG
Primary account number: ████ 8769
Page 2 of 3

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| ████ | ████ | ████ | ████ |

## Transaction Summary

████

## Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| ████ | ████ | ████ | ████ |

As of 04/17, a total of ████ in interest was paid this year.

## Activity Detail

### Deposits and Other Additions

There were 6 Deposits and Other Additions totaling ████.

| Date | Amount | Description |
|---|---|---|
| ████ | | |
| 03/30 | 6,666.67 | Deposit Reference No. 048972363 |

### Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

* Gap in check sequence

There were 2 checks listed totaling ████

### Online and Electronic Banking Deductions

There were 10 Online or Electronic Banking Deductions totaling ████

Online and Electronic Banking Deductions continued on next page

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

# Virtual Wallet With Performance Select Statement

For the period 04/18/2023 to 05/16/2023
SARAH Y CHANG
Primary account number: ████ 8769
Page 2 of 3

🖳 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

---

## Virtual Wallet With Performance Select Account Summary

Account number: ████ 8769

SARAH Y CHANG

**Overdraft Protection**     Provided By:   XXXXXX3901

**Overdraft Coverage**     - Your account is currently   **Opted-Out.**
You or your joint owner may revoke your opt-in or opt-out choice at any time.

To learn more about PNC Overdraft Solutions visit us online at pnc.com/overdraftsolutions.
Call 1-877-588-3605, visit any branch, or Sign on to PNC Online Banking , and select the "Overdraft
Solutions" link under the Account Services section to manage both your Overdraft Coverage and Overdraft
Protection settings.

---

## Balance Summary

████████████████████████████

---

## Interest Summary

████████████████████████████

As of 05/16, a total of ████ in interest was
paid this year.

---

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|------|--------|-------------|
| ████ | ████ | ████ |
| 04/28 | 6,666.67 | Book Trn Credit 234Sf2447Hn23Hyy |

There were 3 Deposits and Other Additions
totaling ████

### Online and Electronic Banking Deductions

| Date | Amount | Description |
|------|--------|-------------|
| ████████████████████████████ | | |

There were 10 Online or Electronic Banking
Deductions totaling ████.

---

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by the County Clerk.

# Virtual Wallet With Performance Select Statement

🖥 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

Account number: ███ 8769 - continued

For the period 05/17/2023 to 06/16/2023
SARAH Y CHANG
Primary account number: ███ 8769
Page 4 of 5

## Balance Summary

## Interest Summary

As of 06/16, a total of ███ in interest was paid this year.

## Activity Detail

### Deposits and Other Additions

There were 5 Deposits and Other Additions totaling ███

| Date | Amount | Description |
|---|---|---|
| 05/30 | 6,666.67 | Book Trn Credit 235Ug5202Ouv68Cv |

### Online and Electronic Banking Deductions

There were 9 Online or Electronic Banking Deductions totaling ███

| Date | Amount | Description |
|---|---|---|

### Daily Balance Detail

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

# Virtual Wallet With Performance Select Statement

🖥 For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com.

Account number: ████ 8769 - continued

For the period 06/17/2023 to 07/18/2023
SARAH Y CHANG
Primary account number: ████ 8769
Page 2 of 2

## Deposits and Other Additions     - continued

| Date | Amount | Description |
|------|--------|-------------|
| 06/29 | 6,666.67 | Book Trn Credit 236Tg43573B74Xap |

## Online and Electronic Banking Deductions

| Date | Amount | Description |
|------|--------|-------------|

There were 10 Online or Electronic Banking
Deductions totaling ████.

## Daily Balance Detail

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT BEEN REVIEWED BY THE COUNTY CLERK. (See below.)

Case 1:25-cv-04917-PAE Document 1-1 Filed 06/11/25 Page 25 of 41

INDEX NO. UNASSIGNED
NYSCEF DOC. NO. 6
RECEIVED NYSCEF: 06/09/2025

# Virtual Wallet With Performance Select Statement

PNC Bank

**For the period 07/19/2023 to 08/16/2023**

SARAH Y CHANG

█████████████

Primary account number: ██████ 8769
Page 1 of 2
Number of enclosures: 0

For 24-hour banking, and transaction or
interest rate information, sign on to
PNC Bank Online Banking at pnc.com.

☎ For customer service call 1-888-PNC-BANK
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

✉ Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

## Virtual Wallet With Performance Select Account Summary

SARAH Y CHANG

Account number: ██████ 8769

**Overdraft Protection**    Provided By:   XXXXXX3901

**Overdraft Coverage**   - Your account is currently   **Opted-Out.**
You or your joint owner may revoke your opt-in or opt-out choice at any time.

To learn more about PNC Overdraft Solutions visit us online at pnc.com/overdraftsolutions.
Call 1-877-588-3605, visit any branch, or Sign on to PNC Online Banking , and select the "Overdraft
Solutions" link under the Account Services section to manage both your Overdraft Coverage and Overdraft
Protection settings.

### Balance Summary

█████████████████████████

### Interest Summary

█████████████████████████

As of 08/16, a total of ████ in interest was
paid this year.

### Activity Detail

#### Deposits and Other Additions

█████████████████████████

There were 6 Deposits and Other Additions
totaling ██████

08/01        6,666.67    Book Trn Credit 2381B4858Mqq45Zh
██████████████████████

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i))
which, at the time of its printout from the court system's electronic website, had not yet been reviewed and
approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject
filings for various reasons, readers should be aware that documents bearing this legend may not have been
accepted for filing by the County Clerk.

August 31, 2023 ■ Page 2 of 4



## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|---------------------|---------------------------|----------------------|
| 8/30 | WT Seq127720 Michael Chang /Org= Srf# 0067883242386205 Trn#230830127720 Rfb# | 6,666.67 | | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2023 - 07/31/2023 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to your Prime Checking, Premier Checking, or Private Bank Interest Checking account.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,500.00 | ☑ |

| Fee period 08/01/2023 - 08/31/2023 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to your Prime Checking, Premier Checking, or Private Bank Interest Checking account.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following each fee period | | |
| · Minimum daily balance | $3,500.00 | ☑ |

ME/ME

## ☑ IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

## Other Wells Fargo Benefits

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT BEEN REVIEWED BY THE COUNTY CLERK. (See below.) INDEX NO. UNASSIGNED
NYSCEF DOC. NO. 6

Case 1:25-cv-04917-PAE Document 1-1 Filed 06/11/25 Page 27 of 41

RECEIVED NYSCEF: 06/09/2025

September 30, 2023 ▪ Page 2 of 4

**WELLS FARGO**

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|---------------------|---------------------------|----------------------|
| 9/28 | WT Seq132082 Michael Chang /Org= Srf# 0067883271894066 Trn#230928132082 Rfb# | 6,666.67 | | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| | | |
|---|---|---|
| Fee period 09/01/2023 - 09/30/2023 | Standard monthly service fee $12.00 | You paid $0.00 |

The fee is waived this fee period because the account is linked to your Prime Checking, Premier Checking, or Private Bank Interest Checking account.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|---|---|---|
| · Minimum daily balance | $3,500.00 | ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
ME/ME

## ☑ IMPORTANT ACCOUNT INFORMATION

### Limits to your Card

Effective on or after August 28, 2023 in Selected Terms and Conditions for
- Wells Fargo Consumer debit and ATM cards
- Wells Fargo Campus debit and ATM cards
- Wells Fargo Business debit, ATM, and deposit cards
- Wells Fargo Advisors debit cards

In the section titled "Using your card," under subsection titled "Daily limits and funds available for using your Card" bullet titled "The limits for your Card" is deleted and replaced with:

The limits for your Card: We provide you your daily ATM withdrawal and purchase limits when you receive your Card. You can confirm your Card's daily limits by signing on to Wells Fargo Online or the Wells Fargo Mobile® app, or calling us at the number listed in the

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

October 31, 2023  ■  Page 2 of 4



## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 10/30 | WT Seq111138 Michael Chang /Org= Srf# 0067883303891128 Trn#231030111138 Rfb# | 6,666.67 | | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.



| Fee period 10/01/2023 - 10/31/2023 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to your Prime Checking, Premier Checking, or Private Bank Interest Checking account.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following each fee period | | |
| · Minimum daily balance | $3,500.00 | ▓▓▓ ☑ |

ME/ME

## ☑ IMPORTANT ACCOUNT INFORMATION

### Limits to your Card

Effective on or after August 28, 2023 in Selected Terms and Conditions for
- Wells Fargo Consumer debit and ATM cards
- Wells Fargo Campus debit and ATM cards
- Wells Fargo Business debit, ATM, and deposit cards
- Wells Fargo Advisors debit cards

In the section titled "Using your card," under subsection titled "Daily limits and funds available for using your Card" bullet titled "The limits for your Card" is deleted and replaced with:

The limits for your Card: We provide you your daily ATM withdrawal and purchase limits when you receive your Card. You can confirm your Card's daily limits by signing on to Wells Fargo Online or the Wells Fargo Mobile® app, or calling us at the number listed in the "Contact Us" section. Note: For security reasons there may be additional limits on the amount, number, or type of transactions you can make using your Card, including the geographic location of the ATM or merchant.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

December 31, 2023  ■  Page 2 of 4



## Interest summary

Interest paid this statement
Average collected balance
Annual percentage yield earned
Interest earned this statement period
Interest paid this year



## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|---------------------|---------------------------|----------------------|
| 11/30 | WT Seq#93410 Michael Chang /Org= Srf# Ow00003888931523 Trn#231130093410 Rfb# Ow00003888931523 | 6,666.67 | | |
| 12/29 | WT Seq#32434 Michael Chang /Org= Srf# Ow00003991811727 Trn#231229032434 Rfb# Ow00003991811727 | 6,666.67 | | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2023 - 11/30/2023 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to your Prime Checking, Premier Checking, or Private Bank Interest Checking account.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following each fee period | | |
| · Minimum daily balance | $3,500.00 | ☑ |

| Fee period 12/01/2023 - 12/31/2023 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to your Prime Checking, Premier Checking, or Private Bank Interest Checking account.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following each fee period | | |
| · Minimum daily balance | $3,500.00 | ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
ME/ME

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

January 31, 2024 ■ Page 2 of 3



## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 1/31 | WT Seq#55774 Michael Chang /Org= Srf# Ow00004102454150 Trn#240131055774 Rfb# Ow00004102454150 | 6,666.67 | | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.



| Fee period 01/01/2024 - 01/31/2024 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to your Prime Checking, Premier Checking, or Private Bank Interest Checking account.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following each fee period | | |
| · Minimum daily balance | $3,500.00 | ☑ |

ME/ME

## ☑ IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT BEEN REVIEWED BY THE COUNTY CLERK. (See below.) Case 1:25-cv-04917-PAE Document 1-1 Filed 06/11/25 Page 31 of 41 INDEX NO. UNASSIGNED

NYSCEF DOC. NO. 6                                                                    RECEIVED NYSCEF: 06/09/2025

February 29, 2024 ∎ Page 2 of 3



## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|---------------------|---------------------------|----------------------|
| | | | | |
| 2/29 | WT Seq#52176 Michael Chang /Org= Srf# Ow00004207629532 Trn#240229052176 Rfb# Ow00004207629532 | 6,666.67 | | |
| | | | | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2024 - 02/29/2024 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to your Prime Checking, Premier Checking, or Private Bank Interest Checking account.

| How to avoid the monthly service fee Have any **ONE** of the following each fee period | Minimum required | This fee period |
|---|---|---|
| · Minimum daily balance | $3,500.00 |  ☑ |

ME/ME

## ☑ IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

### Other Wells Fargo Benefits

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

March 31, 2024 ■ Page 2 of 3



## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 3/28 | WT Seq#87333 Michael Chang /Org= Srf# Ow00004303499460 Trn#240328087333 Rfb# Ow00004303499460 | 6,666.67 | | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.



| Fee period 03/01/2024 - 03/31/2024 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|
| The fee is waived this fee period because the account is linked to your Prime Checking, Premier Checking, or Private Bank Interest Checking account. | | |

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|---|---|---|
| · Minimum daily balance | $3,500.00 | √ |

The Monthly service summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
ME/ME

## ☑ IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT BEEN REVIEWED BY THE COUNTY CLERK. (See below.) Case 1:25-cv-04917-PAE Document 1-1 Filed 06/11/25 Page 33 of 41 INDEX NO. UNASSIGNED

NYSCEF DOC. NO. 6                                                                                    RECEIVED NYSCEF: 06/09/2025

April 30, 2024 ■ Page 2 of 3



## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|---------------------|---------------------------|----------------------|
| 4/30 | WT Seq#64755 Michael Chang /Org= Srf# Ow00004422371808 Trn#240430064755 Rfb# Ow00004422371808 | 6,666.67 | | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2024 - 04/30/2024 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to your Prime Checking, Premier Checking, or Private Bank Interest Checking account.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|---|---|---|
| • Minimum daily balance | $3,500.00 | ✓ |

ME/ME



# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT BEEN REVIEWED BY THE COUNTY CLERK. (See below.) NYSCEF DOC. NO. 6

Case 1:25-cv-04917-PAE Document 1-1 Filed 06/11/25 Page 34 of 41

INDEX NO. UNASSIGNED
RECEIVED NYSCEF: 06/09/2025

May 31, 2024 ■ Page 2 of 4



## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|---------------------|---------------------------|----------------------|
| 5/31 | WT Seq#60805 Michael Chang /Org= Srf# Ow00004542698339 Trn#240531060805 Rfb# Ow00004542698339 | 6,666.67 | | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2024 - 05/31/2024 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|
| The fee is waived this fee period because the account is linked to your Prime Checking, Premier Checking, or Private Bank Interest Checking account. | | |
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $3,500.00 | ☑ |

ME/ME

 IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.

Other Wells Fargo Benefits

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

June 30, 2024 ■ Page 2 of 4

**WELLS FARGO**

## Transaction history



| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|---------------------|---------------------------|----------------------|
| 6/28 | WT Seq#74498 Michael Chang /Org= Srf# Ow00004651649102 Trn#240628074498 Rfb# Ow00004651649102 | | 6,666.67 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2024 - 06/30/2024 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to your Prime Checking, Premier Checking, or Private Bank Interest Checking account.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|---|---|---|
| · Minimum daily balance | $3,500.00 |  |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
ME/ME

# ✓ IMPORTANT ACCOUNT INFORMATION

Effective September 1, 2024, we are making changes to certain ATM and debit card fees.
1. We will no longer charge a fee for a balance inquiry at non-Wells Fargo ATMs. This $2.50 fee is going away.
2. We will no longer charge a fee for a funds transfer at non-Wells Fargo ATMs. This $2.50 fee is also going away.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

July 31, 2024 ■ Page 2 of 4



## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 7/31 | WT Seq#39673 Michael Chang /Org= Srf# Ow00004771702152 Trn#240731039673 Rfb# Ow00004771702152 | 6,666.67 | | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.



| Fee period 07/01/2024 - 07/31/2024 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|
| The fee is waived this fee period because the account is linked to your Prime Checking, Premier Checking, or Private Bank Interest Checking account. | | |

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|---|---|---|
| • Minimum daily balance | $3,500.00 | ☐ √ |

ME/ME

## ✓ IMPORTANT ACCOUNT INFORMATION

Effective September 1, 2024, we are making changes to certain ATM and debit card fees.
1. We will no longer charge a fee for a balance inquiry at non-Wells Fargo ATMs. This $2.50 fee is going away.
2. We will no longer charge a fee for a funds transfer at non-Wells Fargo ATMs. This $2.50 fee is also going away.
3. The fee for a cash withdrawal transaction at non-Wells Fargo ATMs in the U.S. will increase from $2.50 to $3.00. U.S. includes the 50 states and the District of Columbia, as well as the U.S. territories of American Samoa, Guam, Northern Mariana Islands, Puerto Rico, U.S. Minor Outlying Islands, and U.S. Virgin Islands.

We base your account fees on the type of account you have and the services you use, so these fees may not be applicable to all customers. Other applicable fees for use of your card, and details about certain fee waivers and reimbursements, are described in the Wells Fargo Fee and Information Schedule applicable to your account.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT BEEN REVIEWED BY THE COUNTY CLERK. (See below.)    INDEX NO. UNASSIGNED

Case 1:25-cv-04917-PAE    Document 1-1    Filed 06/11/25    Page 37 of 41

NYSCEF DOC. NO. 6                                                      RECEIVED NYSCEF: 06/09/2025

August 31, 2024 ■ Page 2 of 4



## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 8/30 | WT Seq#32503 Michael Chang /Org= Srf# Ow00004870100489 Trn#240830032503 Rfb# Ow00004870100489 | 6,666.67 | | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.



| Fee period 08/01/2024 - 08/31/2024 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|
| The fee is waived this fee period because the account is linked to your Prime Checking, Premier Checking, or Private Bank Interest Checking account. | | |

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|---|---|---|
| • Minimum daily balance | $3,500.00 | ☑ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
ME/ME

# ☑ IMPORTANT ACCOUNT INFORMATION

_____

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

_____

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

September 30, 2024 ■ Page 2 of 4



## Interest summary

Interest paid this statement
Average collected balance
Annual percentage yield earned
Interest earned this statement period
Interest paid this year



The Special Interest Rate on your account expires on 02/06/2025 and at that time, your interest rate will change to the account's current standard interest rate or Relationship Interest Rate if applicable. For current interest rates on your account, please contact your local banker or call the number listed on your statement.

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|---------------------|---------------------------|----------------------|
| 9/30 | WT Seq#67738 Michael Chang /Org= Srf# Ow00004971408544 Trn#240930067738 Rfb# Ow00004971408544 | 6,666.67 | | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2024 - 09/30/2024 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to your Prime Checking, Premier Checking, or Private Bank Interest Checking account.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|---|---|---|
| • Minimum daily balance | $3,500.00 | √ |

ME/ME

## ☑ IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.


This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

December 31, 2024 ■ Page 2 of 5



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/1 | |
| Deposits/Additions | |
| Withdrawals/Subtractions | |
| Ending balance on 12/31 | |

Account number: ████8074

SARAH YOUNG JOO CHANG

████████████

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████0503

## Interest summary

| | |
|---|---|
| Interest paid this statement | |
| Average collected balance | |
| Annual percentage yield earned | |
| Interest earned this statement period | |
| Interest paid this year | |

The Special Interest Rate on your account expires on 02/06/2025 and at that time, your interest rate will change to the account's current standard interest rate or Relationship Interest Rate if applicable. For current interest rates on your account, please contact your local banker or call the number listed on your statement.

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| | | | | |
| 10/31 | WT Seq#65233 Michael Chang /Org= Srf# Ow0005067751914 Trn#241031065233 Rfb# Ow00005067751914 | 6,666.67 | | |
| | | | | |
| 11/29 | WT Seq#51569 Michael Chang /Org= Srf# Ow00005155874389 Trn#241129051569 Rfb# Ow00005155874389 | 6,666.67 | | |
| | | | | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2024 - 10/31/2024 | Standard monthly service fee $12.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to your Prime Checking, Premier Checking, or Private Bank Interest Checking account.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)

UCS-840
(rev. 12/16/2024)



# REQUEST FOR JUDICIAL INTERVENTION

Supreme COURT, COUNTY OF New York

Index No: _____    Date Index Issued: _____

| | |
|---|---|
| **CAPTION**   Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet. | **For Court Use Only:** |
| Sarah Chang | IAS Entry Date |
| | |
| Plaintiff(s)/Petitioner(s) | Judge Assigned |
| -against- | |
| Michael Chang | RJI Filed Date |
| Defendant(s)/Respondent(s) | |

## NATURE OF ACTION OR PROCEEDING:    Check only one box and specify where indicated.

**COMMERCIAL**
- [ ] Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- [x] Contract
- [ ] Insurance (where insurance company is a party, except arbitration)
- [ ] UCC (includes sales and negotiable instruments)
- [ ] Other Commercial (specify): _____

*NOTE: For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the **COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C)**.*

**TORTS**
- [ ] Asbestos
- [ ] Environmental (specify): _____
- [ ] Medical, Dental or Podiatric Malpractice
- [ ] Motor Vehicle
- [ ] Products Liability (specify): _____
- [ ] Other Negligence (specify): _____
- [ ] Other Professional Malpractice (specify): _____
- [ ] Other Tort (specify): _____

**SPECIAL PROCEEDINGS**
- [ ] Child-Parent Security Act (specify): [ ] Assisted Reproduction [ ] Surrogacy Agreement
- [ ] CPLR Article 75 - Arbitration    [see **NOTE** in **COMMERCIAL** section]
- [ ] CPLR Article 78 - Proceeding against a Body or Officer
- [ ] Election Law
- [ ] Extreme Risk Protection Order
- [ ] MHL Article 9.60 - Kendra's Law
- [ ] MHL Article 10 - Sex Offender Confinement (specify):    [ ] Initial    [ ] Review
- [ ] MHL Article 81 (Guardianship)
- [ ] Other Mental Hygiene (specify): _____
- [ ] Other Special Proceeding (specify): _____

**MATRIMONIAL**
- [ ] Contested
  **NOTE:** If there are children under the age of 18, complete and attach the **MATRIMONIAL RJI Addendum (UCS-840M)**.
  *For Uncontested Matrimonial actions, use the Uncontested Divorce RJI (**UD-13**).*

**REAL PROPERTY** Specify how many properties the application includes: _____
- [ ] Condemnation
- [ ] Mortgage Foreclosure (specify):  [ ] Residential   [ ] Commercial
  Property Address: _____
  **NOTE:** For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the **FORECLOSURE RJI ADDENDUM (UCS-840F)**.
- [ ] Partition
  **NOTE:** Complete and attach the **PARTITION RJI ADDENDUM (UCS-840P)**.
- [ ] Tax Certiorari (specify):   Section: _____ Block: _____ Lot: _____
- [ ] Tax Foreclosure
- [ ] Other Real Property (specify): _____

**OTHER MATTERS**
- [ ] Certificate of Incorporation/Dissolution   [see **NOTE** in **COMMERCIAL** section]
- [ ] Emergency Medical Treatment
- [ ] Habeas Corpus
- [ ] Local Court Appeal
- [ ] Mechanic's Lien
- [ ] Name Change/Sex Designation Change
- [ ] Pistol Permit Revocation Hearing
- [ ] Sale or Finance of Religious/Not-for-Profit Property
- [ ] Other (specify): _____

## STATUS OF ACTION OR PROCEEDING    Answer YES or NO for every question and enter additional information where indicated.

| | YES | NO | |
|---|---|---|---|
| Has a summons and complaint or summons with notice been filed? | [x] | [ ] | If yes, date filed: _____06/09/2025_____ |
| Has a summons and complaint or summons with notice been served? | [ ] | [x] | If yes, date served: _____ |
| Is this action/proceeding being filed post-judgment? | [ ] | [x] | If yes, judgment date: _____ |

## NATURE OF JUDICIAL INTERVENTION    Check one box only and enter additional information where indicated.

- [ ] Infant's Compromise
- [ ] Extreme Risk Protection Order Application
- [ ] Note of Issue/Certificate of Readiness
- [ ] Notice of Medical, Dental or Podiatric Malpractice    Date Issue Joined: _____
- [x] Notice of Motion    Relief Requested: SUMMARY JUDGMENT(BEFORE JOIND)    Return Date: 07/09/2025
- [ ] Notice of Petition    Relief Requested: _____    Return Date: _____
- [ ] Order to Show Cause    Relief Requested: _____    Return Date: _____
- [ ] Other Ex Parte Application    Relief Requested: _____
- [ ] Partition Settlement Conference
- [ ] Request for Preliminary Conference
- [ ] Residential Mortgage Foreclosure Settlement Conference
- [ ] Waiver of Court Costs, Fees and Expenses
- [ ] Writ of Habeas Corpus
- [ ] Other (specify): _____

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

CAUTION: THIS DOCUMENT HAS NOT BEEN REVIEWED BY THE COUNTY CLERK. (See below.)    INDEX NO. UNASSIGNED
NYSCEF DOC. NO. 7                                                      RECEIVED NYSCEF: 06/09/2025

| RELATED CASES | List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank. If additional space is required, complete and attach the **RJI Addendum (UCS-840A)**. | | | |
|---|---|---|---|---|
| **Case Title** | **Index/Case Number** | **Court** | **Judge (if assigned)** | **Relationship to instant case** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| PARTIES | For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided. If additional space is required, complete and attach the **RJI Addendum (UCS-840A)**. | | | |
|---|---|---|---|---|
| **Un-Rep** | **Parties**<br>List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | **Attorneys and Unrepresented Litigants**<br>For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | **Issue Joined**<br>For each defendant, indicate if issue has been joined. | **Insurance Carriers**<br>For each defendant, indicate insurance carrier, if applicable. |
| ☐ | Name: Chang, Sarah<br><br>Role(s): Plaintiff/Petitioner | ANDREW LANKLER, BAKER BOTTS, LLP, 30 ROCKEFELLER PLZ , NEW YORK, NY 10112, andrew.lankler@bakerbotts.com | ☐ YES  ☒ NO | |
| ☐ | Name: Chang, Michael<br><br>Role(s): Defendant/Respondent | Issac Parker, Law Offices of Isaac Park LLC, 5 Minetta St. #4C, New York, NY 10012, 901-831-7177, isaac@parklaw.com | ☐ YES  ☒ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES  ☐ NO | |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.**

Dated: _____06/09/2025_____                               _____ANDREW MCCUTCHEON LANKLER_____
                                                                                          Signature

_____2547461_____                                  _____ANDREW MCCUTCHEON LANKLER_____
Attorney Registration Number                                            Print Name

This form was generated by NYSCEF

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.