**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SARAH CHANG, <br><br> *Plaintiff*, <br><br> v. <br><br> MICHAEL CHANG, <br><br> *Defendant*. | Case No. 25-CV-4917 |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ISAAC PARK**
**AS COUNSEL FOR DEFENDANT**

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, I, Isaac Park, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Michael Chang in the above-captioned action.

I am in good standing of the bars of the state of New York and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 11, 2025                                  Respectfully submitted,

                                                                    /s/ Isaac Park

                                                                   Isaac Park
                                                                   Law Offices of Isaac Park, LLC
                                                                   5 Minetta St. #4C
                                                                   New York, NY 10012
                                                                   (901) 831-7177
                                                                   isaac@parklaw.org