UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH CHANG,<br><br>*Plaintiff*,<br><br>v.<br><br>MICHAEL CHANG,<br><br>*Defendant*. | 25 Civ. 4917 (____) |

**AFFIDAVIT OF ISAAC PARK**

I, Isaac Park, having been duly sworn, submit this affidavit in support of my motion for admission to practice in the above-captioned case *pro hac vice*. I affirm:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3. I have no disciplinary proceedings presently against me, in any jurisdiction.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 11, 2025

Respectfully submitted,

*Isaac Park*

Subscribed and sworn to before me on 06/11/2025 at Fairfax, Virginia

Isaac Park
Law Offices of Isaac Park, LLC
5 Minetta St. #4C
New York, NY 10012
(901) 831-7177
isaac@parklaw.org



Md Abu Taleb
REGISTRATION NUMBER
8077655
COMMISSION EXPIRES
February 28, 2027

Notarized remotely online using communication technology via Proof.