**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SARAH CHANG, *Plaintiff*, v. MICHAEL CHANG, *Defendant*. | Case No. 25-CV-4917 |

**ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Isaac Park to be admitted *pro hac vice* to represent Defendant Michael Chang in the above-captioned case is granted.

Applicant has certified that he is a member in good standing of the bars of New York and the District of Columbia, and that his contact information is as follows:

| | |
|---|---|
| Name: | Isaac Park |
| Firm Name: | Law Offices of Isaac Park, LLC |
| Address: | 5 Minetta St. #4C, New York, NY 10012 |
| Telephone: | (901) 831-7177 |
| Email: | isaac@parklaw.org |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Michael Chang in the above-captioned case, it is hereby **ORDERED** that Isaac Park is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: June 12, 2025

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge