UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SARAH CHANG,                                   :
                                               :    25 Civ. 4917 (PAE)
                          Plaintiff,           :
                                               :    NOTICE OF INITIAL
            -v-                                :    PRETRIAL
                                               :    CONFERENCE
MICHAEL CHANG,                                 :
                                               :
                          Defendant.           :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

An initial pretrial conference is hereby scheduled for **July 14, 2025 at 2 p.m.** This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (855) 244-8681, and enter Access Code 2318-315-0661, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://www.nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers. By the date of the initial pretrial conference, counsel for all parties are required to register as filing users in accordance with the Procedures for Electronic Case Filing.

Counsel[2] for the removing defendant(s) are directed to serve a copy of this Order on each other party within 14 days following the date of this order; a copy of this Order must also be served with any subsequent process that brings in additional parties, and proof of such service must be filed promptly with the Court. If the removing defendant's counsel is unaware of the

---

[2] As used in this Order, the term "counsel" means, in the case of an individual party who is proceeding *pro se*, such party.

identity of counsel for any of the other parties, he or she must forthwith send a copy of this Order to that party personally.

Counsel for the removing defendant(s) are further directed to serve on all other parties and submit to the Court **within 14 days following the date of this order** a letter, filed on ECF, providing the following information:

1. Whether all defendants who had been served at the time of removal joined in the notice of removal.

2. Whether the notice of removal was dated more than 30 days after the first defendant was served.

3. If the action has been removed on the grounds of diversity jurisdiction, the citizenship of all named plaintiffs and all named defendants (including the citizenship of all members or partners in any non-corporate entity), if such states of citizenship were not set forth in the notice of removal.

If any plaintiff has a response to defendant's submission, that response must be submitted to the Court within 14 days of service of defendant's submission. Any motion to remand the action to state court based on procedural defects in the removal must be filed within 30 days of removal. *See* 28 U.S.C. § 1447(c).

Counsel are further directed to prepare a Civil Case Management Plan and Scheduling Order in accordance with the Court's Individual Rules, to be submitted to the Court no later than 3 business days before the initial pretrial conference.

Counsel are further directed to submit to the Court, no later than four business days before the date of the initial conference, a joint letter, not to exceed three single-spaced pages in length, addressing the following topics in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; and (3) the prospect for settlement. For the Court's convenience, the parties are requested to set forth the date and time of the conference in the opening paragraph of the letter.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via e-mail to the Orders and Judgment Clerk at the following e-mail address: orders_and_judgments@nysd.uscourts.gov.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time; and counsel are directed to appear promptly. **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.** Requests for adjournment may be made only in a writing received no later than 2 business days before the conference. The written submission must comply with Section 1.E of the Court's Individual Rules. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: June 12, 2025
       New York, New York