**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SARAH CHANG,<br><br>    *Plaintiff*,<br><br>          v.<br><br>MICHAEL CHANG,<br><br>    *Defendant*. | Case No. 25-CV-4917 (PAE)<br><br>Hon. Paul A. Engelmayer |

## <u>CERTIFICATE OF SERVICE</u>

I, Isaac Park, certify that on June 11, 2025, I served a copy of the Notice of Removal with accompanying exhibit (Dkt. No. 1) on Andrew M. Lankler and Sarah Reeves, both listed as counsel for Plaintiff on the state court filings in this matter.  Service was effected via email, at Andrew.Lankler@BakerBotts.com and Sarah.Reeves@BakerBotts.com.  Mr. Lankler has consented in writing to service by email in this matter.

I also certify that on June 13, 2025, I served a copy of the Court's Notice of Initial Pretrial Conference (Dkt. No. 6) on Mr. Lankler and Ms. Reeves, again by email.

Dated: June 13, 2025
      New York, NY

Respectfully submitted,

_____/s/ Isaac Park_____

Isaac Park
Law Offices of Isaac Park, LLC
5 Minetta St. #4C
New York, NY 10012
Telephone:  (901) 831-7177
isaac@parklaw.org

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SARAH CHANG,

     *Plaintiff*,

          v.

MICHAEL CHANG,

     *Defendant*.

Case No. 25-CV-4917

(Removed from the Supreme Court of the State of New York, County of New York Index No. 653496/2025)

**PROOF OF SERVICE**

I, Isaac Park, certify that on June 11, 2025, I caused a copy of the Notice of Removal with Exhibit A to be served upon counsel for Plaintiff via both e-mail and first-class mail at the addresses listed in the state court motion:

     Andrew M. Lankler
     Baker Botts LLP
     30 Rockefeller Plaza
     New York, NY 10112
     Andrew.Lankler@BakerBotts.com

     Sarah Reeves
     Baker Botts LLP
     30 Rockefeller Plaza
     New York, NY 10112
     Sarah.Reeves@BakerBotts.com

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated: June 11, 2025

          /s/ Isaac Park

          Isaac Park
          *Attorney for Defendant*