UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SARAH CHANG,

                        Plaintiff,

          -v-

MICHAEL CHANG,

                        Defendant.

25 Civ. 4917 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On June 23, 2025, plaintiff moved to remand to state court for lack of subject matter jurisdiction. Dkts. 9–10. The Court accordingly directs defendant to file any opposition by July 16, 2025, and plaintiff to file any reply by July 30, 2025. All deadlines as to all motions—including plaintiff's motion for summary judgment in lieu of a complaint—will be stayed, and the initial pretrial conference scheduled for July 14, 2025 will be adjourned *sine die*.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: June 24, 2025
       New York, New York