# ISAAC PARK

Law Offices of Isaac Park, LLC
5 Minetta St. #4C, New York, NY 10012
isaac@parklaw.org | (901) 831-7177

June 26, 2025

**Via ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Chang v. Chang*, No. 25-CV-4917-PAE
               Requested Information Regarding Removal Jurisdiction

Judge Engelmayer:

    Pursuant to the Court's Notice of Initial Pretrial Conference (Dkt. No. 6), Defendant Michael Chang writes to supply the requested information:

1. Defendant Michael Chang—the sole defendant in this suit—was indeed joined in the notice of removal. *See* 28 U.S.C. § 1446(b)(2)(A).

2. Defendant received a copy of Plaintiff's state court filings on June 9, 2025. *See id.* § 1446. He filed the notice of removal two days later, on June 11, 2025.

3. There is complete diversity. Plaintiff (an individual) is a citizen of the Commonwealth of Pennsylvania, and Defendant (an individual) is a citizen of the State of New York.

Dated: June 26, 2025                           Respectfully submitted,
       New York, NY

                                                       /s/ Isaac Park

                                          Isaac Park
                                          Law Offices of Isaac Park, LLC
                                          (901) 831-7177
                                          isaac@parklaw.org

                                          *Attorney for Defendant*

cc: All Counsel of Record (via ECF)