# ISAAC PARK

Law Offices of Isaac Park, LLC
5 Minetta St. #4C, New York, NY 10012
isaac@parklaw.org | (901) 831-7177

July 30, 2025

**<u>Via ECF</u>**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Chang v. Chang*, No. 25-CV-4917-PAE
              Motion for Leave to File Sur-reply

Judge Engelmayer:

      Defendant Michael Chang respectfully submits this letter motion for leave to file a Sur-reply to Plaintiff's Reply Memorandum of Law (Dkts. 16, 17).

      Defendant's proposed Sur-reply (which is attached as Exhibit A) is four pages, and it responds directly to two arguments that were newly raised in the Reply. When new arguments are made on reply, "fair play" either means they should be disregarded or—as Defendant proposes instead—an "opportunity to be heard" by him. *Newton v. City of N.Y.*, 738 F. Supp. 2d 397, 417 n.11 (S.D.N.Y. 2010).

      Also attached (as Exhibit B) is an affidavit from Defendant Michael Chang, both relevant to Plaintiff's motion (Dkt. 9), Defendant's letter motion (Dkt. 18), and to this removed matter.

      Defendant respectfully thanks the court for its consideration of this matter.

Dated: July 30, 2025                           Respectfully submitted,
          New York, NY

                                                         /s/ Isaac Park

                                            Isaac Park
                                            Law Offices of Isaac Park, LLC
                                            (901) 831-7177
                                            isaac@parklaw.org

                                            *Attorney for Defendant*

cc:  All Counsel of Record (via ECF)