# ISAAC PARK

Law Offices of Isaac Park, LLC
5 Minetta St. #4C, New York, NY 10012
isaac@parklaw.org | (901) 831-7177

July 30, 2025

**<u>Via ECF</u>**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Chang v. Chang*, No. 25-CV-4917-PAE
               Request for Oral Argument

Dear Judge Engelmayer:

      Pursuant to Section 3.F of the Court's Individual Rules and Practices in Civil Cases, Defendant Michael Chang respectfully requests that the Court schedule oral argument on Plaintiff's Motion for Remand (Dkt. 9).

                                                        Respectfully,

                                                        /s/ Isaac Park          .
                                                        Isaac Park

                                                       *Attorney for Defendant*

                                                       cc:  All Counsel of Record (via ECF)